JOHN J. BENNETT, JR., as Attorney-General of the State of New York, upon the Relation of FEDERAL BAR ASSOCIATION OF NEW YORK, NEW JERSEY AND CONNECTICUT, Appellant, v. H. ELY GOLDSMITH, Respondent.▮—Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of LABOUCHERE REALTY CORPORATION, Appellant, against HARRIS H. MURDOCK and Others, Constituting the Board of Standards and Appeals of the City of New York, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

JAMES W. HYDE, Suing on His Own Behalf and on Behalf of All Other Stockholders of CONSOLIDATED OIL CORPORATION, etc., Respondent, v. SHELDON CLARK and Others, Defendants, Impleaded with CHARLES E. CRAWLEY and Others, Appellants.— Orders unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer within twenty days after service of order upon payment of said costs. No opinion. Present — O'Malley, Untermyer, Dore and Cohn, JJ.

ESTELLE PAPERNO and Another, Appellants, v. JAY J. LIVINGSTON and Another, Surviving Partners, etc., and Another, Respondents.— Judgment unanimously affirmed, with costs. Appeal from order withdrawn. No opinion. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

ANNA GILDEA and Others, Appellants, v. NATIONAL TRANSPORTATION Co., INC., Respondent, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

WILLIAM KAPS, an Infant, etc., and HERMAN KAPS, Individually, Respondents, v. CONSOLIDATED TELEGRAPH AND ELECTRICAL SUBWAY COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.; Cohn, J., dissents and votes to reverse and grant a new trial, on the ground that the verdict is against the weight of the evidence.

In the Matter of the Application of MORRIS APPEL and Others, Petitioners, Appellants, for an Order against PAUL J. KERN, President, and Others, Respondents.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

WARREN G. SCHALLER and Others, as Executors, etc., Respondents, v. WILLIAM J. Grote, Appellant, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.